UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WANDA KOEHN,

    Plaintiff,

v.                                                       CASE NO. 8:20-cv-1427-T-23AAS

EDDIE BAUER, LLC,

    Defendant.
_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 10), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on September 15, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE